**Order entered October 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00383-CR

### ALEJANDRO VALLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-70329-R

## ORDER

Before the Court is appellant's October 14, 2019 motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE